[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-11753
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-00054-CAP-JKL-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DESTIN WHITMORE,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(November 13, 2017)

Before WILSON, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Leigh Ann Webster, appointed counsel for Destin Whitmore in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Whitmore's convictions and sentences are **AFFIRMED**.